# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LUNDIN, KEITH M. | USBC (M.D. TENN.) | 06/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

701 BROADWAY
CUSTOMS HOUSE, 2D FLOOR
NASHVILLE, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | FAMILY TRUST |
| 2. | EXECUTOR | ESTATE OF DECEASED PARENT |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | CONTINUE | CALNORBAN ASSOC. (AGMT EDIT BK NEWSLETTER) (Now Thomson Reuters) |
| 2. | CONTINUE | BANKRUPTCY PRESS, INC. (BOOK CONTRACT) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | CALNORBAN ASSOCIATES (ROYALTIES) (Now Thomson Reuters) | $13,200.00 |
| 2. 2015 | Bankruptcy Press, Inc. (Royalties) | $87,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL ASSOCIATION OF CHAPTER 13 TRUSTEES | 1/14/2015 TO 1/18/2015 | COLORADO SPRINGS, CO | SPEAKER AT CLE MEETING | TRAVEL, FOOD & LODGING |
| 2. | SACRAMENTO VALLEY BANKRUPTCY FORUM | 2/04/2015 TO 2/8/2015 | SACRAMENTO, CA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 3. | ADVANCED CONSUMER BANKRUPTCY PRACTICE INSTITUTE | 2/15/2015 TO 2/17/2015 | NASHVILLE, TN | SPEAKER AT CLE SEMINAR | FOOD & LODGING |
| 4. | NORTON BANKRUPTCY INSTITUTES | 3/18/2015 TO 3/22/2015 | LAS VEGAS, NV | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |

| 5. | NAT'L ASS'N OF CONSUMER BANKRUPTCY ATTORNEYS | 4/22/2015 TO 4/24/2015 | CHICAGO, IL | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
|---|---|---|---|---|---|
| 6. | CLEVELAND METRO BAR ASS'N | 5/19/2015 TO 5/21/2015 | CLEVELAND, OH | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 7. | ARIZONA BAR ASSOCIATION | 6/24/2015 TO 6/27/2015 | PHOENIX, AZ | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 8. | NATIONAL ASS'N OF CHAPTER 13 TRUSTEES | 7/1/2015 TO 7/5/2015 | SALT LAKE CITY, UT | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 9. | CENTRAL CALIFORNIA BANKRUPTCY ASS'N | 9/16/2015 TO 9/18/2015 | FRESNO, CA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 10. | C.D. OF CALIFORNIA CONSUMER BANKR. ATTORNEYS ASS'N | 9/18/2015 TO 9/20/2015 | LOS ANGELES, CA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 11. | CHAPTER 13 TRUSTEE OF SOUTH BEND, IN | 10/1/2015 TO 10/3/2015 | SOUTH BEND, IN | SPEACKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General M.M. CIB | A | Interest | L | T | | | | | |
| 2. General M.M. CIB (trust asset) | A | Dividend | J | T | | | | | |
| 3. JNJ (common stock) | A | Dividend | J | T | | | | | |
| 4. AAPL (common stock) | A | Dividend | K | T | | | | | |
| 5. ARCO (common stock) | | None | J | T | | | | | |
| 6. ECOL (common stock | A | Dividend | K | T | | | | | |
| 7. SZYM (common stock) | | None | J | T | | | | | |
| 8. DDD (common stock) | | None | P2 | T | | | | | |
| 9. AHS (common stock) | | None | L | T | | | | | |
| 10. BRKB (common stock) | | None | J | T | | | | | |
| 11. BIP (common stock) | A | Dividend | J | T | | | | | |
| 12. CMG (common stock) | | None | L | T | Sold (part) | 11/10/15 | L | D | |
| 13. CLNE (common stock) | | None | J | T | | | | | |
| 14. DUK (common stock) | A | Dividend | J | T | | | | | |
| 15. EXC (common stock) | A | Dividend | J | T | | | | | |
| 16. GM (common stock) | A | Dividend | | | Sold | 03/04/15 | K | B | |
| 17. GWR (common stock) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ASR (common stock) | A | Dividend | K | T | | | | | |
| 19. IBM (common stock) | A | Dividend | J | T | | | | | |
| 20. KMI (common stock) | B | Dividend | J | T | | | | | |
| 21. LL (common stock) | | None | J | T | Sold (part) | 03/09/15 | J | B | |
| 22. MKTX (common stock) | A | Dividend | L | T | | | | | |
| 23. NYCB (common stock) | B | Dividend | K | T | | | | | |
| 24. POT (common stock) | B | Dividend | K | T | | | | | |
| 25. POWR (common stock) | | None | K | T | | | | | |
| 26. RPM (common stock) | A | Dividend | | | Sold | 03/04/15 | J | A | |
| 27. SSTK (common stock) | | None | J | T | | | | | |
| 28. SCTY (common stock) | | None | J | T | | | | | |
| 29. STAG (common stock) | C | Dividend | K | T | | | | | |
| 30. SSYS (common stock) | | None | | | Sold | 10/29/15 | J | A | |
| 31. TSCO (common stock) | A | Dividend | K | T | | | | | |
| 32. TRIP (common stock) | | None | K | T | | | | | |
| 33. UA (common stock) | | None | K | T | Sold (part) | 11/10/15 | K | E | |
| 34. - Money Market TD Ameritrade (estate asset) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cert. depo. Santander Bank N.A./Peoples United Bank (estate asset) | A | Interest | | | Redeemed | 01/22/15 | N | | |
| 36. BABA (common stock) | | None | J | T | Buy | 07/31/15 | J | | |
| 37. BOFI (common stock) | | None | K | T | Buy | 01/05/15 | K | | |
| 38. ENOC (common stock) | | None | J | T | Buy | 03/04/15 | K | | |
| 39. HHC (common stock) | | None | K | T | Buy | 01/16/15 | K | | |
| 40. HY (common stock) | A | Dividend | J | T | Buy | 04/17/15 | K | | |
| 41. OPWR (common stock) | | None | K | T | Buy | 04/28/15 | K | | |
| 42. SSW (common stock) | B | Dividend | K | T | Buy | 01/16/15 | K | | |
| 43. TUMI (common stock) | | None | J | T | Buy | 06/15/15 | J | | |
| 44. Motley Fool Independence Fund | A | Dividend | M | T | Buy | 03/13/15 | M | | |
| 45. | | | | | Buy | 02/24/15 | K | | |
| 46. Schwab (inherited) 401K | | None | M | T | Buy | 09/25/15 | M | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 46 of Part VII. Investments and Trusts
"This inherited asset was in cash on 12/31/15. There were no transactions to report."

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 06/07/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ KEITH M. LUNDIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544